

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2014

No. 04-14-00673-CV

**IN RE** John P. **CLEMENT** IV, M.D.
and South Texas Radiology Imaging Centers

Original Mandamus Proceeding[1]

### ORDER

Sitting:    Sandee Bryan Marion, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Relators filed this petition for writ of mandamus on September 25, 2014. On October 31, 2104, relators advised that the issues raised by the mandamus petition have become moot, and requested that the proceeding be dismissed.

The parties' request is GRANTED. This original mandamus proceeding is DISMISSED AS MOOT. The temporary stay previously ordered by this court is LIFTED.

It is so **ORDERED** on November 4th, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2014-CI-11620, styled *In re Walton Albert Rutledge*, pending in the 37th Judicial District Court, Bexar County, Texas, the Honorable Karen H. Pozza presiding.